**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONNIE EDWARD FANTROY, JR., | NO. CV 19-5751-DMG(E) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE LIZARRAGA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 12, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE